(27 Misc. Rep. 835.)

CASEY v. BARRY.

(City Court of New York, General Term. May, 1899.)

APPEAL—REVIEW—QUESTIONS NOT RAISED BELOW.

The general term will not, on appeal, review a question not presented to the trial court.

Appeal from trial term.

Action by James F. Casey against James T. Barry. From a judgment in favor of plaintiff, defendant appealed. Affirmed.

Argued before McCARTHY and HASCALL, JJ.

J. Stewart Ross, for appellant.
C. V. Edwards, for respondent.

McCARTHY, J. No exception or other objection was taken in this case but the one in regard to the comment of counsel in the summing up. We have examined the record very carefully, and do not find that there was any application addressed to the court to pass upon this question. Besides, we think there was enough evidence in the case to allow the comment objected to by respondent's attorney. The case was fairly and impartially tried, and no reversible error was committed. Judgment is therefore affirmed, with costs.

Judgment affirmed, with costs.

HASCALL, J., concurs.